IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

IRENE D. PANAS, on behalf of
M.E.M., a minor,

      Plaintiff,

v.                                                                         CV 17-364 WJ/WPL

NANCY A. BERRYHILL,
Acting Commissioner of Social Security Administration,

      Defendant.

## ORDER TO SUPPLEMENT

Plaintiff Irene Panas, on behalf of minor child M.E.M., filed an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form). (Doc. 2.) Panas states that she receives $1,014 per month in disability-type payments and $482 per month in food stamps, for a total income of $1,496. Panas also states that her monthly liabilities total $2,239. In paragraph 11, Panas states that her children's father assists some with their expenses. (*Id.* at 5.)

This suggests that Panas's liabilities or income or both may differ from what she disclosed. As such, Panas is ordered to supplement her application to proceed without the prepayment of fees with an explanation of this "help" and/or a recalculation of her income and liabilities. Panas will submit her supplementation no later than **April 7, 2017**, or risk denial of the application.

      IT IS SO ORDERED.

                                                                                           William P. Lynch
                                                                                       United States Magistrate Judge

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any *pro se*
party as they are shown on the Court's docket.