# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

IRENE D. PANAS, on behalf of
M.E.M., a minor,

       Plaintiff,

vs.                               No. CV 17-0364 WJ/WPL

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

       Defendant.

## ORDER EXTENDING BRIEFING DEADLINES

This matter having come before the Court upon Plaintiff's Unopposed Motion to Extend Briefing Deadlines (Doc. #20) the Court finding good cause, hereby **GRANTS** the Motion. IT IS THEREFORE ORDERED that:

1. Plaintiff shall file and serve a Motion to Reverse or Remand Administrative Agency Decision with Supporting Memorandum on or before **September 5, 2017**;

2. Defendant shall file and serve a Response on or before **October 20, 2017**;

3. Plaintiff may file and serve a Reply on or before **November 3, 2017**;

4. All supporting memoranda shall cite the transcript or record in support of assertions of fact and shall cite authority in support of propositions of law; and

5. The parties shall provide the Court with a hard copy of each brief on or before the day the brief is filed with the Court.

**This briefing schedule may only be modified on motion and by written order of the Court. If the parties agree to an extension of time, they shall submit a stipulated proposed order to the Court for approval.**

IT IS SO ORDERED.

                                                                                                            _____
                                                            William P. Lynch
                                                            United States Magistrate Judge

**Submitted by**:

 s/ Francesca J. MacDowell
 Francesca J. MacDowell
Attorney for Plaintiff

**Approved by email on 8/2/17 by:**

_____
Manny Lucero, AUSA
Attorney for Commissioner